

# RON DESANTIS
GOVERNOR

June 26, 2026

Warden Randall Polk
Florida State Prison
7819 N.W. 228th Street
Raiford, Florida 32036-1000

Re: Execution Date for Dominick Anthony Occhicone, Jr., DC# 226426

Dear Warden Polk:

Enclosed is the death warrant that I signed to carry out the sentence for Dominick Anthony Occhicone, Jr., as well as certified copies of his judgment and sentence. I have designated the week beginning at 12:00 noon on Tuesday, July 28, 2026, through 12:00 noon on Tuesday, August 4, 2026, for the execution. I have been advised that you have set the date and time of execution for Tuesday, July 28 at 6:00 p.m.

This letter is incorporated into and made a part of the death warrant identified above.

Sincerely,

Ron DeSantis
Governor

Enclosures

DEPARTMENT OF STATE
TALLAHASSEE, FL
2026 JUN 26 PM 3:32
FILED

THE CAPITOL
TALLAHASSEE, FLORIDA 32399 • (850) 717-9249

Warden Randall Polk
June 26, 2026
Page 2

cc:

Honorable Carlos G. Muñiz
Chief Justice
Supreme Court of Florida
500 S. Duval Street
Tallahassee, Florida 32399

Honorable Shawn Crane
Chief Judge, 6th Judicial Circuit
7530 Little Rd.
New Port Richey, Florida 34654

Secretary Ricky Dixon
Department of Corrections
501 S. Calhoun Street
Tallahassee, Florida 32399-2500

Marilyn Muir
Associate Deputy Attorney General
Office of the Attorney General
The Capitol, FL-01
Tallahassee, Florida 32300-0001

Eric Pinkard
Capital Collateral Regional Counsel
12973 N. Telecom Parkway
Temple Terrace, Florida 33637

Office of Executive Clemency
4070 Esplanade Way
Building C, Room 229
Tallahassee, Florida 32399-2450

Dominick Anthony Occhicone, Jr., DC#
226426
Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32083



# STATE OF FLORIDA

### JAMES UTHMEIER
### ATTORNEY GENERAL

June 26, 2026

The Honorable Ron DeSantis
Governor
The Capitol
Tallahassee, Florida 32399–0001

RE: Dominick Anthony Occhicone, Jr.

Dear Governor DeSantis:

Raymond and Martha Artzner were Dominick Occhicone's former girlfriend's parents. In the early morning hours of June 10, 1986, Occhicone went to the Artzners' home where his former girlfriend was living with her child. He awakened his former girlfriend by knocking on her bedroom's sliding glass door. The woman refused to talk with Occhicone and she threatened to call the police, so he left. Occhicone returned shortly after, armed with a handgun. He cut the telephone lines to the home and roused the household. When Raymond Artzner confronted Occhicone outside the home, Occhicone shot and killed him. The woman and her child managed to flee while Occhicone was breaking into the home through a locked door. Once inside, Occhicone fatally shot Martha Artzner four times. A jury found Occhicone guilty of two counts of first-degree murder and recommended death for each count. The trial court sentenced Occhicone to life imprisonment for killing Raymond Artzner and to death for killing Martha Artzner. The Florida Supreme Court affirmed Occhicone's judgment and death sentence on direct appeal, and the United States Supreme Court denied certiorari review. *Occhicone v. State*, 570 So. 2d 902, 904 (Fla. 1990) *cert. denied*, 500 U.S. 938 (1991).

In the decades that followed, Occhicone engaged in unsuccessful litigation in state and federal courts. *See Occhicone v. Singletary*, 618 So. 2d 730 (Fla. 1993) (denying state habeas corpus petition); *Occhicone v. State*, 768 So. 2d 1037 (Fla. 2000) (affirming the denial of Occhicone's initial state postconviction motion); *Occhicone v. Moore*, No. 8:01-cv-2136, 2005 WL 1073936 (M.D. Fla. Mar. 31, 2005) (denying federal

habeas corpus petition), *aff'd, Occhicone v. Crosby,* 455 F.3d 1306 (11th Cir. 2006), *cert. denied, Occhicone v. McDonough,* 549 U.S. 1122 (2007); *Occhicone v. State,* 235 So. 3d 299 (Fla.) (affirming denial of successive postconviction motion), *cert. denied,* 586 U.S. 863 (2018).

The record has been reviewed and there are no stays of execution issued by any court of competent jurisdiction in this cause. Based upon the above-referenced summary of litigation affirming the judgment and sentence of death imposed for first-degree murder, the record is legally sufficient to support the issuance of a death warrant.

Sincerely,

James Uthmeier
Attorney General

☐ PROBATION VIOLATOR
*(Check if Applicable)*

IN THE _____ CIRCUIT COURT, SIXTH
JUDICIAL CIRCUIT IN AND FOR

_____Pasco_____ COUNTY, FLORIDA

STATE OF FLORIDA

DIVISION __Felony__

CASE NUMBER __8601355CFAWS__

-vs-

SPN# 11019

Dominick Occhicone
**Defendant**

_____ OF THE CLERK
T-10 _18th_ -Y _September_ -87
Jo. Pillman, Clerk  4:28 P.M.

**JUDGMENT**   BY _____ D.C.

The Defendant, ____Dominick Occhicone____, being personally before this
Court represented by Bruce Boyer, Bruce Young, Craig LaPorte his attorney of record, and having:

*(Check Applicable Provision)*
☒ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| I | Murder in the First Degree | 782.04(1)(a) | Capitol | |
| II | Murder in the First Degree | 782.04(1)(a) | Capitol | |
| | | | | |
| | | | **1672** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the
Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

($20.00)
The Defendant is hereby ordered to pay the sum of ~~two~~ dollars ($20.00) pursuant to F.S. 960.20 (Crimes
Compensation Trust Fund). The Defendant is further ordered to pay the sum of ~~two~~ dollars ($2.00) as a court cost
pursuant to F.S. 943.25(4).                                               three    ($3.00)

☒ The Defendant is ordered to pay an additional sum of two dollars ($2.00) pursuant to
F.S. 934.25(8).
(this provision is optional; not applicable unless checked.)

*(Check if Applicable)* ☐ The Defendant is further ordered to pay a fine in the sum of $ _____
pursuant to F.S. 775.0835.
(This provision refers to the optional fine for the Crimes Compensation Trust Fund, and
is not applicable unless checked and completed. Fines imposed as part of a sentence
pursuant to F.S. 775.083 are to be recorded on the Sentence page(s)).

☒ The Court hereby imposes additional court costs in the sum of $ __200.00__
pursuant to F.S. 27.3455.

Page 1 of _____

**RECORD VERIFIED** 2-236 F3a
BOOK _____ PAGE _____

Imposition of Sentence
Stayed and Withheld
(Check if Applicable)

☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____
and places the Defendant on probation for a period of _____
under the supervision of the Department of Corrections (conditions of probation set forth in separate order.)

Sentence Deferred
Until Later Date
(Check if Applicable)

☒ The Court hereby defers imposition of sentence until __pending Sentencing.__
(date)

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

_____
JUDGE

## 1673

### FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |
| 6. L. Thumb | | | | |
| | | | | |

Fingerprints taken by: _____

Name and Title

DONE AND ORDERED in Open Court at __Pasco.__ County, Florida, this __18th__ day of __September__ A.D., 19 __87__. I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, __Dominick Occhicone__ and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

Page _____ of _____

**RECORD VERIFIED**
BOOK _____ PAGE _____

Defendant __DOMINICK A. OCCHICONE__

Case Number __8601355CFAWS__

SPN 11019

# SENTENCE

### (As to Count ___1___)

The Defendant, being personally before this Court, accompanied by his attorney, __BRUCE BOYER__

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown.

(Check either provision if applicable)

XXX and the Court having on ___09/18/87___ deferred imposition of sentence until this date.
(date)

☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein,

### IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $_____, plus $_____ as the 5% surcharge required by F.S. 960.25.

XXX The Defendant is hereby committed to the custody of the Department of Corrections
☐ The Defendant is hereby committed to the custody of the Sheriff* of _____. County, Florida
(Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one: unmarked sections are inapplicable)
**1674**
☐ For a term of Natural Life
XXX For a term of __LIFE without eligibility__ for parole for 25 years
☐ For an indeterminate period of 6 months to _____ years.

If "split" sentence complete either of these two paragraphs

☒ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this seciton:

| | |
|---|---|
| Firearm-3 Year mandatory minimum | ☐ It is further ordered that the 3 year minimum provisions of F.S.775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm. |
| Drug Trafficking- mandatory minimum | ☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count. |
| Retention of Jurisdiction | ☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| Habitual Offender | ☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S.775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court. |
| Jail Credit | XXX It is further ordered that the Defendant shall be allowed a total of __518 days__ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional): |
| Consecutive Concurrent | It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above. |

Page _____ of _____.

F3-c
2-236a

BOOK BBB PAGE 212B
**RECORD VERIFIED**

Defendant __DOMINICK A. OCCHICONE__

Case Number __8601355CFAWS__

SPN 11019

# SENTENCE

(As to Count __2__)

The Defendant, being personally before this Court, accompanied by his attorney, __BRUCE BOYER__

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown.

_(Check either provision if applicable)_

XⴲX and the Court having on __09/18/87__ deferred imposition of sentence until this date.
(date)

☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein,

IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25.

XⴲX The Defendant is hereby committed to the custody of the Department of Corrections
☐ The Defendant is hereby committed to the custody of the Sheriff* of _____ County, Florida
_(Name of local corrections authority to be inserted at printing, if other than Sheriff)_

To be imprisoned (check one: unmarked sections are inapplicable)

**1675**

☐ For a term of Natural Life
XⴲX For a term of __DEATH__
☐ For an indeterminate period of 6 months to _____ years.

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

_If "split" sentence complete either of these two paragraphs_

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this seciton:

**Firearm-3 Year mandatory minimum** ☐ It is further ordered that the 3-year minimum provisions of F.S.775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

**Drug Trafficking- mandatory minimum** ☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

**Retention of Jurisdiction** ☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

**Habitual Offender** ☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S.775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Jail Credit** ☐ It is further ordered that the Defendant shall be allowed a total of _____ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

**Consecutive Concurrent** It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above.

Page _____ of _____.

F3-c
2-236a

BOOK Ɑⴲⵟⵝ PAGE ⵝⴲⵝ C
**RECORD VERIFIED**

FILED IN OPEN COURT
THIS 9 DAY OF November 19 87
Jed Pittman, Clerk  9:15 AM
BY _____ D.C.

**Defendant**    DOMINICK A. OCCHICONE

**Case Number**    8601355CFAWS
                   SPN 11019

**Consecutive/Concurrent**    It is further ordered that the composit term of all sentences imposed for the counts
**(As to other convictions)**    specified in this order shall run ☐ consecutive to ☐ concurrent with (check one)
                                 the following:

☐ Any Active Sentence being served.
☐ Specific sentences: _____
   _____
   _____
   _____

In the event the above sentence is to the Department of Corrections, the Sheriff of __PASCO__
County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together
with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal
within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in
taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the Court futher recommends _____

_____

_____          **1676**

_____

_____

**DONE AND ORDERED** in Open Court at _____PASCO_____ county, Florida, this __9th__ day
of __NOVEMBER__ A.D., 19 __87__ .

_____
                                        **JUDGE**

Page_____ of _____                                          **F3-d**

BOOK 888 PAGE 2121

**RECORD VERIFIED**

STATE OF FLORIDA, COUNTY OF PASCO
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE OR OF PUBLIC RECORD IN THIS OFFICE
WITNESS MY HAND AND OFFICIAL SEAL THIS
25 DAY OF August 2 01/6
PAULA S. O'NEIL, CLERK & COMPTROLLER

BY _____ DEPUTY CLERK

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PASCO COUNTY

CASE NUMBER   8601355CFAWS

STATE OF FLORIDA

vs.

Dominick Occhicone

INDICTMENT FOR

Murder In The First Degree

Count 1

(Death of Raymond Artzner)

VERDICT

FILED IN OPEN COURT
THIS 18 ... September 18 87
J.d F.. Jan. Clerk 4:24 PM.

WE, the Jury, find as follows:

BY _____ D.O.

Check one and only one on this form by inserting a single check
mark on the line next to the description of the verdict which
you have found.

**1677**

✓   1.  The defendant is guilty of Murder In The First Degree

as charged by the Indictment.

2.  The defendant is guilty of the lesser included crime of:

_____   Murder In The Second Degree

_____   Manslaughter

_____ 3 .  The defendant is not guilty.

So say we all this ___18th___ day of ___September___, 19 _87_ .

Signature of Foreman or Forewoman

BOOK 1441 PAGE 1504

**RECORD VERIFIED**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PASCO COUNTY

CASE NUMBER    8601355CFAWS

STATE OF FLORIDA                          INDICTMENT FOR

vs.                                       Murder In The First Degree

Dominick Occhicone                        Count 2

                                          (Death of Martha E. Artzner)

                                          FILED IN OPEN COURT

**VERDICT**    THIS 18 3rd DAY OF September 1987

                                          Jed Pittman, Clerk 4:24 P.M.

WE, the Jury, find as follows:           BY _____ D.C.

Check one and only one on this form by inserting a single check
mark on the line next to the description of the verdict which
you have found.

# 1678

✓ 1.   The defendant is guilty of Murder In The First Degree

       as charged by the Indictment.

2.   The defendant is guilty of the lesser included crime of:

       Murder In The Second Degree

       Manslaughter

3 .   The defendant is not guilty.

So say we all this   18th   day of   September   , 19  87  .

_____
Signature of Foreman or Forewoman

BOOK **AAA** PAGE **1505**

**RECORD VERIFIED**

STATE OF FLORIDA, COUNTY OF PASCO
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE OR OF PUBLIC RECORD IN THIS OFFICE
WITNESS MY HAND AND OFFICIAL SEAL THIS
25 DAY OF August 2014
PAULA S. O'NEIL, CLERK & COMPTROLLER
BY _____ DEPUTY CLERK

# DEATH WARRANT
## STATE OF FLORIDA

WHEREAS, DOMINICK ANTHONY OCCHICONE, JR., on or about the 10th day of June, 1986, murdered Raymond Artzner and Martha Artzner; and

WHEREAS, DOMINICK ANTHONY OCCHICONE, JR., on the 18th day of September, 1987, was convicted of first degree murder and, on the 9th day of November, 1987, was sentenced to death for the murders of Raymond Artzner and Martha Artzner; and

WHEREAS, on the 11th day of October, 1990, the Supreme Court of Florida affirmed the conviction and death sentence of DOMINICK ANTHONY OCCHICONE, JR.; and

WHEREAS, on the 29th day of June, 2000, the Supreme Court of Florida affirmed the trial court order denying DOMINICK ANTHONY OCCHICONE, JR.'s initial Motion for Postconviction Relief and, on the 8th day of April, 1993, denied his Petition for Writ of Habeas Corpus; and

WHEREAS, on the 31st day of March, 2005, the United States District Court for the Middle District of Florida denied DOMINICK ANTHONY OCCHICONE, JR.'s federal Petition for Writ of Habeas Corpus; and

WHEREAS, on the 14th day of July, 2006, the United States Court of Appeals for the Eleventh Circuit affirmed the denial of DOMINICK ANTHONY OCCHICONE, JR.'s federal Petition for Writ of Habeas Corpus; and

WHEREAS, further postconviction motions and petitions filed by DOMINICK ANTHONY OCCHICONE, JR. have been denied and the denials affirmed on appeal; and

WHEREAS, executive clemency for DOMINICK ANTHONY OCCHICONE, JR., as authorized by Article IV, Section 8(a), of the Florida Constitution, was considered pursuant to the Rules of Executive Clemency, and it has been determined that executive clemency is not appropriate; and

WHEREAS, attached hereto is a certified copy of the record of the conviction and sentence pursuant to section 922.052, Florida Statutes.

NOW, THEREFORE, I, RON DESANTIS, as Governor of the State of Florida and pursuant to the authority and responsibility vested in me by the Constitution and Laws of Florida, do hereby issue this warrant, directing the Warden of the Florida State Prison to cause the sentence of death to be executed upon DOMINICK ANTHONY OCCHICONE, JR., in accordance with the provisions of the Laws of the State of Florida.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed at Tallahassee, this 26th day of June, 2026.

GOVERNOR

ATTEST:

SECRETARY OF STATE

FILED 2026 JUN 26 PM 3:32 DEPARTMENT OF STATE TALLAHASSEE, FL