**GENERAL INFORMATION RELATED TO LEGAL/ SOCIAL VISITS AND TELEPHONE PRIVILEGES FOR INMATES UNDER DEATH WARRANT:**

**GENERAL INFORMATION**
**INMATES UNDER WARRANT**

**Phase I**

**Legal Visits**

Inmates under warrant may receive legal visits upon the attorney's request during:

**Monday – Friday     8:30 - 11:30 a.m. and 1:00 - 3:30 p.m.**
(Contact Visits)

Legal visits may be requested through the Office of the Warden by telephoning (904)368-8699, or by faxing a request to (904)368-2732.

**Social Visits** *– will be non-contact.*

Inmates under warrant may receive social visits from individuals on the approved visiting list:

**Monday – Tuesday from     9:00 a.m. - 3:00 p.m.**
**Wednesday          from     1:30 p.m. - 3:00 p.m.**

\*Not to exceed twelve (12) hours a week. Visits will be conducted in the Non-Contact Visiting Park.

(There will be no visits on weekends or during a legal state holiday. Additions will not be made to the approved visiting list unless approved by the institutional warden.) Visit requests must be made Seventy-two (72) hours in advance, through the Office of the Warden by telephoning (904)368-8699, or by faxing a request to (904)368-2732.

**Religious Visits** – Inmates may receive visits from their designated religious representative. Religious visits fall under the same guidelines as social visits and within the same twelve (12) hours each week. Religious visits will be conducted in the Non-Contact Visiting Park. Exceptions for cell front religious visits are at the discretion of the institutional warden. Visit requests must be made seventy-two (72) hours in advance, through the Office of the Warden by telephoning (904)368-8699, or by faxing a request to (904)368-2732.

**Telephone Calls** *– All telephone calls will be scheduled through the Office of the Warden.*

**Legal**: Inmates under warrant may request collect telephone calls to their attorneys through the Office of the Warden.

Inmates under warrant may receive telephone calls from attorneys upon the request of the attorney. Telephone requests may be made through the Office of the Warden by telephoning (904)368-8699, or by faxing a request to (904)368-2732.

*Telephone calls will not exceed thirty (30) minutes in duration without prior approval from the warden.*

**Social/Religious**:

Inmates under warrant may request to receive two (2) telephone calls to persons on their approved visiting list each week and/or their designated religious representative.

*Telephone calls will not exceed ten (10) minutes in duration.*

**Phase II**

**Legal Visits – *Will be non-contact.***

The week of execution inmates under warrant may receive legal visits upon the attorney's request during:

|  |  |
|---|---|
| **Monday – Friday from** | **9:00 a.m. - 3:30 p.m.** |

*Visitation will not be allowed during a legal state holiday.
*The Warden may approve any exceptions under extraordinary conditions.

Legal visits must be made twenty-four (24) hours in advance, while on phase II status, through the Office of the Warden by telephoning (904)368-8699, or by faxing a request to (904)368-2732.

**The evening prior to the scheduled execution, legal visits will be non-contact from 6:00 p.m.-8:00 p.m. Legal visits will be limited to a pre-approved list submitted by the attorney on record at least seventy-two (72) hours in advance for review and consideration. Request should be made to the Office of the Warden.**

**Social Visits – *Will be non-contact.***

The week of the execution, inmates under warrant may receive up to twelve (12) hours of visits, as scheduling permits, not to exceed six (6) hours each week day and two (2) hours each weekend day:

|  |  |  |
|---|---|---|
| **Monday – Tuesday from** | | **9:00 a.m. - 3:00 p.m.** |
| **Wednesday** | **from** | **1:30 p.m. - 3:00 p.m.** |

*Visitation will not be allowed during a legal state holiday without the approval of the Institutional Warden. Additions will not be made to the approved visiting list. Minor children must be listed on the approved visitation list. Visit requests must be made twenty-four (24) hours in advance through the Office of the Warden by telephoning (904)368-8699, or by faxing a request to (904)368-2732.

The morning of the scheduled execution, social visits will be non-contact from 8:00 a.m. – 10:00 a.m. A final contact visit for the condemned inmate may be authorized by the Institutional Warden based on circumstances as deemed appropriate, from 10:00am until 11:00am. The final contact visit is at the discretion of the institutional warden on a case by case basis.

*TIMES LISTED ARE APPROXIMATE AND SUBJECT TO CHANGE ACCORDING TO THE TIME OF THE EXECUTION*

**Religious Visits** – The day of the scheduled execution, religious visits by the designated religious leader will be non-contact, option for contact visit cell front at discretion of institutional warden, during the hours of 12:00 pm. – 2:00 p.m.

**Telephone Calls** - *All telephone calls will be received/made during hours suitable for the institution and not during shift changes, count times, meals, showers, etc.*

**Legal**: Inmates under warrant may request telephone calls to their attorneys through the Office of the Warden.

Inmates under warrant may receive telephone calls from attorneys upon the request of the attorney. Telephone requests may be made through the Office of the Warden by telephoning (904)368-8699, or by faxing a request to (904)368-2732.

**Legal Telephone calls will not exceed thirty (30) minutes in duration** *without approval of the institutional warden.*

**Social/Religious**:
Inmates under warrant may request to receive or place two (2) collect telephone calls to persons on their approved visiting list each week.

**Social Telephone calls will not exceed ten (10) minutes in duration.*

All exceptions must be approved by the Institutional Warden.

*We Never Walk Alone*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion