## Bri Lacy

| | |
|---|---|
| **From:** | Cox, Karen <Karen.Starlin@fdc.myflorida.com> |
| **Sent:** | Thursday, July 23, 2026 10:11 AM |
| **To:** | Bri Lacy |
| **Cc:** | Beth Wells (Law Office of ME Wells); Courtney Hammer; Olivia Civettini |
| **Subject:** | RE: Death Watch Policies |

Good morning,

No ma'am, there are no updates.

Thank you,

**Karen Starlin-Cox on behalf of Warden Polk**
Administrative Assistant 1
Florida State Prison
Florida Department of Corrections
P.O. Box 800
Raiford, FL  32083
Office: 904-368-8699
Fax: 904-368-2732



*We Never Walk Alone*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** Bri Lacy <LacyB@ccsr.state.fl.us>
**Sent:** Thursday, July 23, 2026 10:09 AM
**To:** Cox, Karen <Karen.Starlin@fdc.myflorida.com>
**Cc:** Beth Wells (Law Office of ME Wells) <mewells27@comcast.net>; Courtney Hammer <hammerC@ccsr.state.fl.us>; Olivia Civettini <CivettiniO@ccsr.state.fl.us>
**Subject:** Death Watch Policies

Good morning Ms. Starlin,

I have a copy of the death watch policies (governing visits and calls) from when Tanzi was signed early last year. Are those the same or have they been updated?

Best,


Bri Lacy
Assistant CCRC
Office of the Capital Collateral Regional Counsel - South
110 SE 6th Street, Suite 701
Fort Lauderdale, FL 33301
P: 954.713.1284 | F: 954.713.1299
lacyb@ccsr.state.fl.us

*This information is intended solely for use by the individual or entity named as the recipient and may be attorney-client privileged or contain confidential information. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail message is prohibited. If you received this message in error, please immediately notify us by telephone, (954) 713-1284, delete and destroy this message and all attachments.*