Emergency Grievance:

I am finally this Emergency Grievance due to FDOC/State of Florida Intentional Execution scheduled for Noon Tuesday 28th July 2026. The Death Warrant Expires on 4th August 2026. With such a short 2 weeks from the governor signing my warrant to scheduled Execution, added to the Fact 4 Second Death Watch Inmate Dominick Occhicone is scheduled sameday at 6pm. Then to resolve this Improper scheduling, I request 4 Step be Issued.

Filed 7-26-2026 1:40pm

[signature] 1/2252