# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA,
# TALLAHASSEE DIVISION

JAMES AREN DUCKETT &
DOMINICK OCCHICONE,
      Plaintiffs,

v.

RON DESANTIS, GOVERNOR
OF FLORIDA, ET, AL.,
      Defendants.

_____/

CIVIL ACTION NO. 4:26-cv-0355-TKW-MAF

<span style="color:red">**EMERGENCY INJUNCTIVE RELIEF SOUGHT; EXECUTIONS SCHEDULED FOR JULY 28, 2026, AT 12:00 P.M. AND 6:00 P.M.**</span>

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that James Aren Duckett and Dominick Occhicone, Plaintiffs in this suit, appeal to the United States Court of Appeals for the Eleventh Judicial Circuit from the Order Denying Stay of Execution (Doc. 12) entered by this Court on July 24, 2026, denying his Emergency Motion for Stay of Execution (Doc. 2).

1

Respectfully Submitted,

Counsel for Mr. Duckett:

/s/ Brittney N. Lacy
BRITTNEY LACY
Assistant CCRC-South
Fla. Bar No. 116001
lacyb@ccsr.state.fl.us
ccrcpleadings@ccsr.state.fl.us

/s/ Courtney M. Hammer
COURTNEY M. HAMMER
Assistant CCRC-South
Fla. Bar No. 1011328
hammerC@ccsr.state.fl.us

CAPITAL COLLATERAL
REGIONAL COUNSEL-SOUTH
110 SE 6th Street, Suite 701
Fort Lauderdale, FL 33301
Tel. (954) 713-1284

/s/ Mary E. Wells
MARY ELIZABETH WELLS
Fla Bar. No. 0866067

Law Office of M.E. Wells
623 Grant Street SE
Atlanta, GA 30312
mewells27@comcast.net

Counsel for Mr. Occhicone

/s/ Ali A. Shakoor
ALI A. SHAKOOR
Florida Bar No. 0669830
Assistant CCRC
shakoor@ccmr.state.fl.us

/s/ Debra Roganne Bell
DEBRA ROGANNE BELL
Florida Bar No. 0973068
Assistant CCRC
bell@ccmr.state.fl.us

/s/ Mahham Syed
Mahham Syed
Florida Bar No. 1049535
Assistant CCRC
syed@ccmr.state.fl.us

CAPITAL COLLATERAL
REGIONAL COUNSEL-
MIDDLE REGION
12973 N. Telecom Parkway
Temple Terrace, Florida 33637
T: 813-558-1643

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic service, via email, to all named Defendants and Assistant Attorney General Charmaine Millsaps this 25th day of July, 2026.

*/s/ Brittney N. Lacy*
BRITTNEY N. LACY
Assistant CCRC-South